# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE DOLFMAN ADMINISTRATOR OF THE ESTATE OF LIZ ZHEN DECEASED | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| | : | No. 13-2831 **LEAD CASE** |
| v. | : | No. 13-6172 |
| | : | |
| ZACHARY EDWARDS, et al. Defendants. | : | |

## ORDER

AND NOW, on June 2, 2015, upon consideration of plaintiff's motion to preclude the testimony of defendants' expert, Dr. Ellie Francis, (Docs. 139, 143), and defendants' responses thereto, (Docs. 141, 144, 145, 146), and following an evidentiary hearing on May 29, 2015, it is ORDERED that plaintiff's motion is granted in part for the reasons stated in the accompanying memorandum.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE